## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-00094-SSC                    Date: March 13, 2026

Title      United Fin. Cas. Co. v. Happy Fruit Express Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Default Judgment**

On January 4, 2025, Plaintiff United Financial Casualty Company filed this insurance coverage action against Defendants Happy Fruit Express, Inc. (Happy Fruit), Fangming Zhang (Zhang), and Youngxu Li (Li).  (ECF 1.)

On January 23, 2026, Plaintiff moved for summary judgment. (ECF 52.)  Defendant Zhang filed an opposition (ECF 61), and Plaintiff replied (ECF 62).  The motion is pending before the Court, and a hearing is set for March 17, 2026.

Plaintiff appears to be seeking summary judgment against all Defendants.  (ECF 52 at 20 ("United Financial respectfully requests that this Court grant summary judgment in its favor, and against defendants.").)  But the docket reflects that defaults were entered by the

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-00094-SSC                          Date: March 13, 2026

Title       United Fin. Cas. Co. v. Happy Fruit Express Inc., et al.

Clerk as to Defendants Happy Fruit and Li.  (ECF 20; ECF 43.)
Because default was entered as to Defendants Happy Fruit and Li, a
motion for default judgment rather than the motion for summary
judgment was the appropriate way to proceed as to those Defendants.
*See* Fed. R. Civ. P. 55(b)(2).  Plaintiff has not moved for default
judgment as to these Defendants.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in
writing, no later than **March 16, 2026**, why Defendants Happy Fruit
and Li should not be dismissed from the action for lack of prosecution.
*See* Fed. R. Civ. P. 41.

The Court will consider as an appropriate response to this order to
show cause either (1) a notice withdrawing the summary judgment
motion as against Defendants Happy Fruit and Li, or (2) the filing of a
motion for default judgment against Defendants Happy Fruit and Li.
Upon filing of either by the deadline, this order to show cause will
automatically be discharged.  If Plaintiff elects the first option, Plaintiff
must still file a motion for default judgment no later than **April 9,
2026.**

**IT IS SO ORDERED.**

:

Initials of Preparer      **ts**